# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VENEGAS, <br><br> Petitioner, <br><br> v. <br><br> M.D. BITER, Warden, <br><br> Respondent. | Case No. CV 12-3568 PSG (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: ___August 10, 2012___

_____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE